**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:25-cv-81376**

**LIBERTY LEGAL SERVICES INC., a**
**Florida Corporation, a/k/a**
**LIBERTY LEGAL GROUP,**

      Plaintiff(s),

v.

**BENJAMIN WHITHEAR, SAYAKA**
**WHITHEAR, JARED M.X. TENNANT,**
**BENJAMIN DRAKES, JOANNE C.**
**FLEMMING, SERENE ANTOINE,**
**DOES 1 to 10, jointly and severally,**

      Defendant(s).

_____/

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR IMPERMISSIBLE**
**SHOTGUN PLEADING**

**THIS CAUSE** comes before the Court *sua sponte*. The Court finds Plaintiff's Complaint [ECF No. 1] fails to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure, and must be dismissed, because it is an impermissible shotgun pleading.

Federal Rule of Civil Procedure 8(a)(2) requires that a pleading contain a "short and plain statement of the claim" showing that the pleader is entitled to relief. Fed. R. Civ. P. 8(a)(2). Rule 10(b) requires that the averments of a claim "shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a statement of a single set of circumstances . . . [and] each claim found upon a separate transaction or occurrence . . . shall be stated in a separate count." Fed. R. Civ. P. 10(b).

A "shotgun complaint contains several counts, each one incorporating by reference the allegations of its predecessors, leading to a situation where most of the counts (*i.e.*, all but the first) contain irrelevant factual allegations and legal conclusions." *Strategic Income Fund, LLC. v. Spear, Leeds & Kellogg Corp.*, 305 F.3d 1293, 1295 (11th Cir. 2002). Shotgun pleadings make it "virtually impossible to know which allegations of fact are intended to support which claim(s) for relief." *Anderson v. Dist. Bd. of Trs. of Cent. Fla. Cmty. College*, 77 F.3d 364, 366 (11th Cir. 1996). Therefore, "shotgun pleadings are routinely condemned by the Eleventh Circuit." *Real Estate Mortg. Network, Inc. v. Cadrecha*, No. 8:11␣cv␣474␣T␣30AEP, 2011 WL 2881928, at *2 (M.D. Fla. July 19, 2011) (citing *Pelletier v. Zweifel*, 921 F.2d 1465, 1518 (11th Cir. 1991)); *see also Davis v. Coca␣Cola Bottling Co.*, 516 F.3d 955, 979 n.54 (11th Cir. 2008) ("[S]ince 1985 we have explicitly condemned shotgun pleadings upward of fifty times."); *Strategic Income Fund*, 305 F.3d at 1295 n. 9 ("This court has addressed the topic of shotgun pleadings on numerous occasions in the past, often at great length and always with great dismay."); *Byrne v. Nezhat*, 261 F.3d 1075, 1131 (11th Cir. 2001) ("Shotgun pleadings, if tolerated, harm the court by impeding its ability to administer justice.").

In Plaintiff's Complaint, each count incorporates the allegations of all the preceding paragraphs and counts, even though many of the allegations have no bearing on the claims. Additionally, each and every count of Plaintiff's Complaint attempts to assert several claims against several defendants without separating them into different counts and without clearly specifying which defendants are responsible for which acts or omissions. *See Weiland v. Palm Beach Cnty. Sheriff's Office*, 792 F.3d 1313, 1323 (11th Cir. 2015). Accordingly, Plaintiff must re-plead its Complaint to comply with the Eleventh Circuit's case law on shotgun pleadings.

Therefore, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's Complaint is **DISMISSED without prejudice**.

2. Plaintiff shall have until April 24, 2026, to file an amended complaint.

**ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of April 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies served:

Steven Mark Selz
Selz & Muvdi Selz, P.A.
500 University Blvd.
Suite 110
Jupiter, FL 33458
Email: selzmuvdi@aol.com

Thomas J. Ali
Thomas J. Ali, P. A.
3399 PGA Boulevard
Suite 150
Palm Beach Gardens, FL 33410
Email: tali@stuartnkaplanpa.com

Daniel Steven Bitran
Rennert Vogel Mandler & Rodriguez, P.A.
Florida
100 SE 2nd Street, 29th Floor
Miami, FL 33131
Email: dbitran@rvmrlaw.com

Benjamin Adam Mitrani
Rennert Vogel Mandler & Rodriguez, P.A.
Litigation
100 SE 2nd Street, 29th Floor
Miami, FL 33131
Email: benmitrani@mitrani.com

Serene Antoine
4002 Carpenter Ave Apt 26
Bronx, NY 10466
PRO SE